Dismissed and Memorandum Opinion filed April 23, 2009








Dismissed
and Memorandum Opinion filed April 23, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00081-CV

____

 

USA TAX LAW CENTER, INC. D/B/A USA
FAX LAW CENTER, INC., Appellant

 

V.

 

GLACO, INC., Appellee

 



 

On Appeal from the
268th District Court

Fort Bend County,
Texas

Trial Court Cause
No. 08-DCV-161431

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed October 17, 2009.  On April 8, 2009, appellant
filed a motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Seymore, Brown, and Sullivan.